```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```
---

JANE A. AHRENS

        Plaintiff                **ORDER DISMISSING CASE**

        vs                             09-CV-6512

MORTGAGE LINE FINANCIAL CORP., AND
FIRST NATIONAL BANK OF ARIZONA

        Defendants

---

On February 15, 2012, this Court issued an Order to Show Cause why this case should not be dismissed for Plaintiff's failure to prosecute pursuant to Local Rule 41(b) and Fed. R. Civ. P. 41(b). Plaintiff has failed to comply with this order. Accordingly, this case is now hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

    **SO ORDERED.**

                                                      S/ MICHAEL A. TELESCA
                                                  HON. MICHAEL A. TELESCA
                                                  United States District Judge

Dated:    Rochester, New York
             March 26, 2012